In re Estate of Benjamin Hershon, Deceased.
Anne Hershon, Appellee, v. Maxine Hershon, Administratrix of Estate of Benjamin Hershon, Deceased, Appellant.

Gen. No. 43,601.

opinion filed May 7, 1947; rehearing denied May 22, 1947; released for publication May 22, 1947. Myer H. Gladstone, for appellant; Ringer, Reinwald & Sostrin, for appellee. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**